# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

**LEON CASSIMERE, JR.**              *CIVIL NO. 6:15-2352**

**VERSUS**                          *MAGISTRATE JUDGE HANNA**

**FASTORQ, LLC., ET AL.**           *BY CONSENT OF THE PARTIES**

## RULING

Pending before the court is the Motion to Compel filed by Fastorq, LLC ("Fastorq") on August 24, 2016.  [rec. doc. 21].  By this Motion, Fastorq seeks an order of this court directing the plaintiff, Leon Cassimere, Jr. ("Cassimere"), to provide discovery responses to Fastorq's Interrogatories and Requests for Production of Documents propounded on June 24, 2016.

The motion has been set on the Court's September 27, 2016 motion calendar with oral argument, in accord with the Court's routine procedures for handling motions.  At this time, however, a review of the record reveals that no opposition to the Motion has been filed and the delay allowed for the filing of an opposition has expired.[1]  Based on the circumstances of this case, the **oral argument** on September 27, 2016 is **CANCELED,** and the pending Motion to Compel [rec. doc. 21] is **GRANTED.** Responses to the discovery outlined above **shall be provided** by Cassimere to Fastorq on or before **October 3, 2016.**

---

[1]L.R. 7.5 requires that written opposition to a motion be filed within twenty-one (21) days after service of the motion.

Signed this 20th day of September, 2016.

**PATRICK J. HANNA**
**UNITED STATES MAGISTRATE JUDGE**